NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000287**
**25-FEB-2020**
**08:12 AM**

NO. CAAP-19-0000287

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JF, Petitioner-Appellee, v.
LR, Respondent-Appellant, and
CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAIʻI, Respondent

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-P NO. 13-1-0757)

ORDER DISMISSING APPEAL
(By:  Ginoza, Chief Judge, Chan and Hiraoka, JJ.)

Upon review of the record, it appears that:

(1) On March 29, 2019, self-represented Respondent-Appellant LR (LR) filed the notice of appeal;

(2) On May 13, 2019, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before May 23, 2019, and June 24, 2019, respectively;

(3) LR did not file either document or request an extension of time;

(4) On July 16, 2019, the appellate clerk notified LR that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on July 26, 2019, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of

Appellate Procedure Rules 12.1(e) and 30, and LR may request relief from default by motion; and

(5) LR took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawai'i, February 25, 2020.


Chief Judge

Associate Judge

Associate Judge

2